

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00351-CR

**NATHANIEL ROBERT COLLIER,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2017-1144-C2

## O R D E R

Appellant's brief was originally due on January 30, 2019. A first extension of time of 30 days was granted, and appellant's brief was due March 1, 2019. A second extension of time of 31 days was granted, and appellant's brief was due April 1, 2019. Now, counsel for appellant has requested an additional 30 days which would make the brief due on May 1, 2019. This most recent request has pushed the total days to file the brief to 121 days to file a brief that the Rules of Appellate Procedure provide should be filed in 30 days. We cannot, in good conscience, grant counsel four times the amount of time

allowed by the rules to file appellant's brief where there is no suggestion in the motion that this case is unusual in any way.

Accordingly, appellant's Third Motion for Extension of Time to File Appellant's Brief is denied. Appellant's brief is due May 1, 2019. If not filed by the deadline set herein, the appeal will be abated for a hearing pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Motion denied
Order issued and filed April 17, 2019

